IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDRICK M. BOYD, JR.

     Petitioner,                   No. CIV-S-05-0988 GEB CMK P

   vs.

MIKE KNOWLES, Warden,

     Respondent.                ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, is proceeding in forma pauperis with this application for a writ of habeas corpus.

       The exhaustion of available state remedies is a prerequisite to a federal court's consideration of claims sought to be presented in habeas corpus proceedings. See Rose v. Lundy, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b). A petitioner can satisfy the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971), Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021 (1986).

       On April 10, 2007, petitioner filed a letter with this court stating that he did not recall filing a habeas petition in this district and stating that he is currently exhausting claims in state court in anticipation of filing a federal petition. Petitioner requests a copy of the petition

1

pending in this court.  A review of the docket reveals that plaintiff originally filed his habeas petition in 2005 in the Northern District of California; the petition was transferred to this district. In light of petitioner's letter, the court will direct the Clerk of the Court to send petitioner a copy of the habeas petition pending in this court.  Petitioner will then notify the court within thirty days of the date this order is filed how he wishes to proceed with this federal petition.  Failure to respond to the court's order will result in a recommendation that this action be dismissed for failure to comply with the court's order.

IT IS ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of the habeas petition filed in this court.

2. Petitioner is directed to notify the court, in writing, within thirty days of the date this order is filed how he wishes to proceed with his pending federal habeas petition. Failure to respond to this order will result in a recommendation that this action be dismissed pursuant to Local Rule 11-110.

DATED: April 13, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE