IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDRICK M. BOYD, JR.

    Petitioner,                          No. CIV-S-05-0988 GEB CMK P

    vs.

MIKE KNOWLES, Warden,

    Respondent.                      ORDER

_____/

        In light of petitioner's filing of April 10, 2007, respondent is relieved of his duty to file an answer. If appropriate the court will order an answer at a later date.

        IT IS ORDERED that respondent is relieved of his duty to file a responsive pleading in this habeas action.

DATED: April 13, 2007.

                                                               */s/ Craig M. Kellison*
                                                               **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE

1