IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDRICK M. BOYD, JR.,** | CIV-S-05-0988 GEB CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

Respondent has requested a fifteen (15) day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including May 15, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

May 2, 2007

/s/  **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

Proposed Order