IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDRICK M. BOYD, JR.

    Petitioner,                      No. CIV-S-05-0988 GEB CMK P

    vs.

MIKE KNOWLES, Warden,

    Respondent.                      <u>ORDER</u>

_____/

        On April 30, 2007, respondent filed a request for an extension of time to file a responsive pleading in this habeas action.  However, on April 13, 2007, this court filed an order relieving respondent of his obligation to file a responsive pleading in this action, pending petitioner's notification to the court of whether he wishes to proceed with this habeas action.

        Accordingly, respondent is notified that he is not currently under any deadline to file a responsive pleading.

DATED:  May 7, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

1