IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK M. BOYD Jr.,

    Petitioner,                    No. CIV S-05-00988 ALA HC

    vs.

MIKE KNOWLES,

    Respondent.                  ORDER

_____/

    Petitioner is directed to file, on or before March 8, 2008, a responsive brief consisting of no more than 7 pages, discussing the following issue:

    What is the applicability, if any, of the doctrine of equitable tolling to the question whether Petitioner is entitled to habeas corpus relief, despite Respondent's claim that the statute of limitations has run?

/////

DATED: February 21, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

1