IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK M. BOYD Jr. ,

              Petitioner,                  No. CIV S-05-00988 ALA HC

     vs.

MIKE KNOWLES,

              Respondent.          <u>ORDER</u>

_____/

       Petitioner's request for a 30-day extension on his responsive brief on the issue of equitable tolling has been received.  Petitioner is granted an additional 14-day extension from the March 8, 2008 deadline.  Therefore Petitioner is ordered to submit the request no later than March 22, 2008.

/////

DATED: March 4, 2008

                            /s/ Arthur L. Alarcón
                            UNITED STATES CIRCUIT JUDGE
                            Sitting by Designation