IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK M. BOYD, JR.,

    Petitioner,                      Case No. 2:05-cv-00988 ALA HC

    vs.

MATTHEW KRAMER, Warden,        ORDER

    Respondent.

_____/

    This Court denied Petitioner Frederick M. Boyd's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254(a) on March 20, 2008 because it was untimely filed. On April 9, 2008, Petitioner filed a motion for a certificate of appealability.

    "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U. S. C. § 2253(c)(2). In an order issued on March 20, 2008, this Court determined that the filing of Petitioner's application was barred because it was not filed within the one-year time limit set forth in 28 U.S.C. § 2244(c). This Court cannot issue a certificate of appealability "[w]here a plain procedural bar is present and the district court is correct to invoke it to dispose of the case, [and] a reasonable jurist could not conclude either the district court erred in dismissing the petition or that the petitioner should be allowed to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The filing of an

1  application for habeas corpus relief after the one-year statute of limitations applies is a plain
2  procedural bar.
3  ///
4      Therefore, **IT IS HEREBY ORDERED** that Petitioner's motion for a certificate of
5  appealability is DENIED.
6
7  DATED: April 29, 2008
8                              /s/ Arthur L. Alarcón
9                              _____
                               UNITED STATES CIRCUIT JUDGE
                               Sitting by Designation
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26